COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 14, 2016
 No. 10-16-00251-CR
 JOHNNY CANDIDO MANSOLO
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 19[th] District Court
 McLennan County, Texas
 Trial Court No. 2015-447-C1
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. It is the judgment of this Court that the trial court's Judgment of Conviction by Court-Waiver of Jury Trial signed on July 11, 2016 is affirmed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
1101090736917500 Nita Whitener, Deputy Clerk